AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| SERGIO MORALES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-CV-2171-JCM-VCF |
| CITY OF NORTH LAS VEGAS et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Plaintiff take nothing by virtue of the federal civil rights claims included in his Amended Complaint (violation of the Fourteenth Amendment and municipal liability) which are dismissed with prejudice. The state law claims for wrongful death and negligent hiring and supervision are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James C. Mahan on a motion for summary judgment.

Date: March 24, 2014

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE