**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SERGIO MORALES, *et al.*, | |
| Plaintiffs, | |
| vs. | 2:10-cv-02171-JCM-VCF |
| CITY OF NORTH LAS VEGAS, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Defendants' Request for Status Conference regarding remand from Ninth Circuit (ECF No. 117). Defendants seek a status conference to determine a briefing schedule for a renewed motion for summary judgment. Defendants filed their motion for summary judgment on February 8, 2017. (ECF No. 118). On February 14, 2017, the parties filed a stipulation for extension of time to respond to the motion for summary judgment. (ECF No. 119). The Order extending time to file a response was granted on February 16, 2017, which extends the response deadline to March 15, 2017. (ECF No. 120).

Accordingly,

IT IS HEREBY ORDERED that Defendants' Request for Status Conference regarding remand from Ninth Circuit (ECF No. 117) is DENIED as MOOT.

DATED this 24th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE